IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 5, 2006**

**Charles R. Fulbruge III**
**Clerk**

------------------------

No. 05-10467

------------------------

MD RICHARD FRANKLIN

                Plaintiff - Appellant

    v.

BURLINGTON NORTHERN SANTA FE CORPORATION; ET AL

                Defendants

BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY

                Defendant - Appellee

Consolidated with

------------------------

No. 05-10602

------------------------

MD RICHARD FRANKLIN

                Plaintiff - Appellee

    v.

BURLINGTON NORTHERN SANTA FE CORPORATION; ET AL

                Defendants

BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY

                Defendant - Appellant

--------------------
Appeals from the United States District Court
for the Northern District of Texas, Fort Worth
USDC No. 4:03-CV-228-BE
--------------------

Before KING, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

*  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.